IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re CHRIS JACKSON,

No. C 12-03269 YGR (PR)

**ORDER OF DISMISSAL**

_____ /

This action was opened when the Court received from Plaintiff Chris Jackson a letter addressed to Senior District Court Judge Thelton E. Henderson expressing displeasure with the medical care at Correctional Training Facility in Soledad, California.

In this action, the Clerk of the Court opened a case file, sent out a notice that Plaintiff had not filed a complaint, and cautioned that the action would be dismissed if he did not submit a complaint within thirty days. The Clerk also sent out a notice that this action was deficient due to Plaintiff's failure to pay the filing fee or furnish a completed and signed Court-approved *in forma pauperis* application, and cautioned that the action would be dismissed if he did not pay the fee or file the application within thirty days. Plaintiff then sent a letter stating that he did not intend to commence a new action but only to inform Judge Henderson of his concerns. (Docket no. 4).

In light of Plaintiff's explanation that the letter he sent to Judge Henderson was not intended to commence a new action, this action is DISMISSED as opened in error. The Clerk of the Court is directed to send an electronic copy of the original letter (docket no. 1) and this Order to Judge Henderson's courtroom deputy. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: July 17, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Jackson3269.dismiss(error).frm